# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

Civil Division

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2025 DEC -5 P 2 02
CLERK OF COURT

Plaintiff(s): Elliott D. Powell

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Defendant(s): Douglas A. Collins

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [ ] Yes [ ] No

25-C 1916

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Elliott Powell
Street Address: 1244 N 68th St Apt 202
City and County: Milwaukee
State and Zip Code: Wisconsin 53213
Telephone Number: 414 248-2367
E-mail Address: elliott1029@yahoo.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Case 2:25-cv-01916-PP   Filed 12/05/25   Page 1 of 8   Document 1

**Defendant No. 1**

- Name: Douglas A. Collins
- Job or Title (if known): Secretary - US Department Veterans Affairs
- Street Address: 810 Vermont Ave N.W. Suite 400
- City and County: Washington
- State and Zip Code: District of Columbia 20420
- Telephone Number: 202-393-6226
- E-mail Address (if known):

**Defendant No. 2**

- Name: Gregory Schulz
- Job or Title (if known): Supervisory Management Analyst
- Street Address: 5000 W National Ave
- City and County: Milwaukee, WI 53295
- State and Zip Code: Wisconsin 53295
- Telephone Number: 414-334-5086
- E-mail Address (if known): Gregory.schulz@va.gov

**Defendant No. 3**

- Name: Sharon Zeman
- Job or Title (if known): Lead program support assistant
- Street Address: 5000 W National Ave
- City and County: Milwaukee
- State and Zip Code: WI 53295
- Telephone Number: 414 384-2000
- E-mail Address (if known): Sharon.Zeman@va.gov

**Defendant No. 4**

- Name: Benjamin Thelen
- Job or Title (if known): Acute Care Nursing Division Manager
- Street Address: 5000 W National Ave
- City and County: Milwaukee
- State and Zip Code: WI 53295
- Telephone Number: 414 384-2000
- E-mail Address (if known): Benjamin.Thelen@va.gov

Defendant No. 1 &

    Name: Neelam Erby
    Job or Title (if known): Program Support Assistant
    Street Address: 5000 W National Ave
    City and County: Milwaukee
    State and Zip Code: WI 53295
    Telephone Number: 414 384-2000
    E-mail Address (if known): Neelam.Erby@va.gov

Defendant No. 2

    Name: Balinda Kostuch
    Job or Title (if known): Fiscal Admin Supervisor
    Street Address: 5000 W National Ave
    City and County: Milwaukee
    State and Zip Code: WI 53295
    Telephone Number: 414-384-2000 Ext 41288
    E-mail Address (if known): Balinda.Kostuch@va.gov

Defendant No. 3

    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4

    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question   [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Civil Rights Act 42 USC 2000e

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Elliott Powell, is a citizen of the State of *(name)* Wisconsin.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Statement Of Claim

To Who It May Concern:

I am entitled to damages because my rights were violated by being assigned more work than fellow co-workers. Gregory Schulz denied that fact when questioned but less than five days after complaint was initiated plaintiffs workload was redistributed. An audit was conducted prior to a meeting on Dec 8th where it was implied that fraud was being perpetrated by plaintiff working overtime which Balinda Kostuch, another defendant would have initiated. Benjamin Thelen is the supervisor of Gregory Schulz whose responsibility it was to make sure work was being distributed evenly and he failed to do so which caused undue stress and anxiety on part of plaintiff. Sharon Zeman will be called to provide clarification on why she felt threatened working with plaintiff even though plaintiff had received an excellent performance review during the period in question. This will provide relevance to hostile work environment plaintiff was subjected to. Neelam Erby will provide insight to some of the work conditions that permeate to this day which management has continued to fail to address. This statement is true to the best of my knowledge.

Sincerely,

*Elliott D Powell*

Elliott D Powell

# Relief Sought

Concerning EEOC Case # 440-2024-00293X, VA Case # 200J-695A-2024-156249

Plaintiff requests that damages be granted in the amount of $75,000 for Discrimination, Harassment and Disparate Treatment. This is a result of plaintiff being part of a protected class, being subjected to discrimination for a substantial period of time evidenced by plaintiff having more work that two fellow Timekeepers combined. Then when OT was needed to meet the Timekeeping deadlines he was further harassed by being subjected to an audit implying that he was committing fraud by being on overtime but not being allowed to explain large periods of inactivity which was the basis for that inaccurate assumption.

Sincerely,

*[signature: Elliott D. Powell]*

Elliott D Powell

      b.    If the defendant is a corporation

The defendant, *(name)* Douglas A. Collins, is incorporated under the laws of the State of *(name)* Washington D.C, and has its principal place of business in the State of *(name)* District of Columbia Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* Washington D.C

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff: *Elliott D Powell*
Printed Name of Plaintiff: Elliott D. Powell

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____